| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Kennedy, Anthony M | 2. Court or Organization<br><br>U.S. Supreme Court | 3. Date of Report<br><br>5/10/2004 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Associate Justice | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date 11/30/1987<br><br>○ Initial  ● Annual  ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>One First Street, N.E.<br><br>Washington, D.C. 20543 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Adjunct Professor | McGeorge School of Law, Univ. of the Pacific |
| 2. Member, Board of Trustees | Colonial Williamsburg Foundation |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |

RECEIVED May 12 12 38 PM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | Feb 2003 | McGeorge School of Law, Univ.of Pacific (Teaching) | 13,000.00 |
| 2. | ████(monthly) | California State Teachers Retirement System | N/A |
| 3. | 4/10/03 | University of Virginia (Lecture and Teaching) | $2,000.00 |
| 4. | 09/30/03 | Northwestern Law School (Teaching) | $4,000.00 |
| 5. | 11/17/03 | New York University (Teaching) | $4,000.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | See Attached | |

Self███████ | Riverside County (CA) Bar Assn. (Dedication of Courthouse) | Feb 11, 2003: Meals and transportation from Washington, DC to Palm Springs, CA and return (Pro-rated expenses with McGeorge School of Law)

Self███████ | McGeorge School of Law (Speech to McGeorge alumni) | Feb 11, 2003: Lodging (Pro-rated with Riverside County Bar Assn.)

Self███████ | University of Virginia (Teaching and lecture) | Apr 10-11, 2003: Meals and lodging

Self███████ | Eleventh Circuit Judicial Conf. | May 14-16, 2003: Meals, lodging, and transportation from Washington, DC to Point Clear, AL and return

Self███████ | McGeorge School of Law (Teaching) | July 7-25, 2003: Meals, lodging, and transportation from Washington, DC to Salzburg, Austria and return (Pro-rated with NYU)

Self███████ | New York University School of Law (Conference on the Constitutional Future of Europe) | July 9-12, 2003: Meals, lodging, and transportation from Washington, DC via Salzburg to Florence, Italy (Pro-rated with McGeorge School of Law)

Self███████ | American Bar Association (Speech at ABA Convention) | Aug 9, 2003: Meals, lodging, and transportation from Washington, DC to San Francisco and return

Self | American Bar Association (Speech in New York) | Sept 22, 2003: Meals, lodging, and transportation from Washington, DC to New York – (Pro-rated with McGeorge School of Law, Harvey L. Silbert Law Society, and Supreme Court Historical Society)

| Self ▮▮▮▮ | Harvey L. Silbert Law Society (Speech in Los Angeles) | Sept 24, 2003: Meals, lodging, and transportation Washington, DC to New York, Los Angeles, San Francisco, and Sacramento and return to Washington, DC (Pro-rated with McGeorge School of Law, and Supreme Court Historical Society) |
|---|---|---|
| Self ▮▮▮▮ | Supreme Court Historical Society (Speech in San Francisco) | Sept 25, 2003: Meals, lodging, and transportation Washington, DC to New York, Los Angles, San Francisco, and Sacramento and return to Washington, D.C. (Pro-rated with McGeorge School of Law and Harvey L. Silbert Law Society) |
| Self ▮▮▮▮ | McGeorge School of Law (Taped remarks for speech) | Sept 26, 2003: Meals, lodging, and transportation Washington, DC to New York, Los Angeles, San Francisco and Sacramento and return to Washington, D.C. (Pro-rated with Harvey L. Silbert Law Society and Supreme Court Historical Society) |
| Self ▮▮▮▮ | Northwestern Law School (Teaching) | Sept 30-Oct 3, 2003: Meals, lodging, and transportation from Washington, DC to Chicago and return |
| Self ▮▮▮▮ | Stanford University (Teaching) | Oct 18-20, 2003: Meals, lodging, and transportation from Washington, DC to San Francisco and return |
| Self ▮▮▮▮ | Drake University (Teaching) | Oct 25, 2003: Meals, lodging, and transportation from Washington, DC to Des Moines, Iowa and return to New York City |

2

| | | |
|---|---|---|
| Self | Federal Judicial Center (International Judges' Meeting) | Nov 14-15, 2003: Pro-rated transportation cost between the Federal Judicial Center and NYU |
| Self  | New York University (Teaching) | Nov 17-18, 2003: Meals, lodging, and transportation from Washington, DC to New York and return (Transportation pro-rated with the FJC) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE  - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Del Paso Country Club | Honorary Membership | $2,400 |
| 2. | University Club | Honorary Membership | $1,550 |
| 3. | Washington Golf and Country Club | Honorary Membership | $4,000 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennedy, Anthony M | 5/10/04 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Cash in Bank of the West (formerly Sierra West Bank) | A | Interest | K | T | | | | | |
| 2. Cash in Wells Fargo | A | Interest | J | T | | | | | |
| 3. *GE Life & Annuity (universal life policy) | A | Divident | K | T | | | | | |
| 4. *Metropolitan Life Ins. (whole life policy) | A | Dividend | J | T | | | | | |
| 5. *New England Life Ins. Co. (whole life policy) | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date __12 May 2004__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544